IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KEITH WROMAS, JR.,**

   *Plaintiff*,

v.   Case No.: 3:26cv632-MW/HTC

**Z. SCRUGGS, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g) because Plaintiff is a three-striker who failed to pay the full filing fee and also under this Court's inherent power for Plaintiff's failure to truthfully disclose his litigation history."

The Clerk shall close the file.

**SO ORDERED on March 3, 2026.**

**s/Mark E. Walker**
**United States District Judge**

2